

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00116-CV

Lee **WEIR**, Mike Weir and Al Weir,
Appellants

v.

**HOLT TEXAS, LTD.** d/b/a Holt Cat,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-00097
Honorable Gloria Saldaña, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellee's Motion to Dismiss Appeal, asserting this appeal should be dismissed because appellants failed to timely file a notice of appeal, is DENIED AS MOOT.

It is ORDERED that costs of appeal are assessed appellants.

SIGNED April 8, 2015

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice